UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARMEN C. MOSLEY** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 13-470-JWD-RLB** |
| **ALPHA CONSULTING GROUP, LLC, ET AL** | |

## 60-DAY ORDER OF DISMISSAL

The Court having been advised that a settlement has been reached in this matter;

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on September 11, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY